UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ELLSWORTH, | No. 2:23-cv-02618-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LUGAR, | |
| Defendant. | |

Plaintiff is a county jail inmate proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983.  He has filed a motion seeking preliminary injunctive relief.  ECF No. 5.

Within 21 days of the date of this order, defendant shall file an opposition or a statement of no opposition to the motion for preliminary injunctive relief.

So ordered.

Dated: May 29, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1