UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MICHAEL ELLSWORTH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LUGAR,<br><br>　　　　　　Defendant. | No. 2:23-cv-02618-EFB (PC)<br><br>ORDER |

　　　　Plaintiff is a former state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. On May 30, 2024, the court directed defendant to file a response to plaintiff's pending motion for a temporary restraining order (ECF No. 5). ECF No. 13. Defendant seeks an extension of time to file the response. ECF No. 15.

　　　　The request for more time is GRANTED, and defendant shall file the responsive brief on or before July 10, 2024.

　　　　So ordered.

Dated: June 26, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1